Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Ste. 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION; and DOES 1 through 10, inclusive, and each of them<br><br>Defendant. | Case No. **5:22-cv-01300-WLH-kk**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 12th day of December 2023.

By: /s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 12th day December, 2023, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 12th day December, 2023, via the ECF system to:

Honorable Wesley L. Hsu
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 12th day December, 2023.

By: /s/Todd M. Friedman
     Todd M. Friedman